John E. Flaherty
jflaherty@mccarter.com
Cynthia S. Betz
cbetz@mccarter.com
**McCarter & English, LLP**
Fourth Gateway Center, 100 Mulberry Street
Newark, NJ 07102
Tel: (973) 622-4444  Fax: (973) 624-7070

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KNOLL INC., <br><br> Plaintiff, <br><br> v. <br><br> MODWAY, INC., et al., <br><br> Defendants. | Civil Action No. <br> 3:20-cv-16576-FLW-DEA |

## PLAINTIFF KNOLL INC.'S NOTICE OF MOTION
## TO ENFORCE THE SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Knoll Inc. ("Knoll") will move before

this Court at the United States District Court for the District of New Jersey, Clarkson

S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey

08608, before The Honorable Freda Wolfson, on May 2, 2022, or as soon thereafter

as counsel may be heard, for entry of an Order to enforce the parties' settlement.

PLEASE TAKE FURTHER NOTICE that Knoll will rely upon the

accompanying memorandum of law, the Declaration of Ali Razai, with exhibits, and

upon all pleadings and proceedings on file herein.

-1-

Respectfully submitted,


MCCARTER & ENGLISH LLP


Dated:  April 5, 2022          By: */s/ Cynthia S. Betz*
                                   John E. Flaherty
                                   jflaherty@mccarter.com
                                   Cynthia S. Betz
                                   cbetz@mccarter.com
                                   **McCarter & English, LLP**
                                   Four Gateway Center
                                   100 Mulberry Street
                                   Newark, NJ 07102
                                   Tel: (973) 622-4444  Fax: (973) 624-7070

                                   *Attorneys for Plaintiff*
                                   *Knoll, Inc.*

*Of Counsel:*

Paul A. Stewart (admitted *pro hac vice*)
paul.stewart@knobbe.com
Ali S. Razai (admitted *pro hac vice*)
ali.razai@knobbe.com
Nicole R. Townes (admitted *pro hac vice*)
nicole.townes@knobbe.com
**Knobbe, Martens, Olson & Bear LLP**
2040 Main St., 14th Floor
Irvine, CA 92614
Tel: (949) 760-0404  Fax: (949) 760-9602

## CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, the foregoing PLAINTIFF

KNOLL INC.'S NOTICE OF MOTION TO ENFORCE THE SETTLEMENT and

supporting papers were filed on CM/ECF, which will cause notice on all counsel of

record that constitutes service.  Copies of filings made under seal have been served

on counsel of record by way of email.

Dated:  April 5, 2022                        _/s/_ Cynthia S. Betz
                                             Cynthia S. Betz


55353605