**McCarter & English**

**Cynthia S. Betz**
Associate
T. 973-848-5377
F. 973-297-6636
cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

October 7, 2022

**<u>VIA ECF</u>**

Hon. Freda L. Wolfson, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street - Room 5050
Trenton, NJ 08608

> **Re:** ***Knoll, Inc. v. Modway, Inc. et al.,***
> **No. 3:20-cv-16576-FLW-DEA**

Dear Judge Wolfson:

We represent Plaintiff, Knoll, Inc.. Together with Defendants Modway, Inc., Lexmod, Inc., and Menachem T. Greisman, we are writing to request entry of the enclosed Stipulation and Order of Dismissal.

If the form of order meets with Your Honor's approval, we ask that it be signed and entered on the docket.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Cynthia S. Betz*

Cynthia S. Betz

Encl.

c: All counsel of record (via ECF)