# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KNOLL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MODWAY, INC., et al., <br><br> Defendants. | Civil Action No. <br> 3:20-cv-16576-FLW-DEA <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Knoll, Inc., and Defendants Modway, Inc., Lexmod, Inc., and Menachem T. Greisman, by and through their respective counsel, stipulate and agree to dismissal of all claims and counterclaims, with prejudice (subject to Sections 2(i) and 2(j) of the Parties' Settlement Agreement), in this matter. Each party will bear their own respective attorneys' fees and costs.

Dated: October 7, 2022

STIPULATED AND AGREED:

| | |
|---|---|
| /s/ Cynthia S. Betz <br> John E. Flaherty <br> Cynthia S. Betz <br> McCARTER & ENGLISH, LLP <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, New Jersey 07102 <br><br> Paul A. Stewart <br> Ali S. Razai <br> Brandon Smith <br> KNOBBE, MARTENS, OLSON & BEAR LLP <br> 2040 Main St., 14th Floor <br> Irvine, CA 92614 <br><br> *Attorneys for Plaintiff Knoll, Inc.* | /s/ Lisa Rodriguez <br> Lisa Rodriguez <br> SCHNADER HARRISON SEGAL & LEWIS LLP <br> Woodland Falls Corporate Park <br> 220 Lake Drive East, Suite 200 <br> Cherry Hill, New Jersey 08002-1165 <br><br> Marc J. Pernick <br> MAURIEL KAPOUYTIAN WOODS LLP <br> 450 Sansome Street, Suite 1005 <br> San Francisco, CA 94111 <br><br> Sherman W. Kahn <br> MAURIEL KAPOUYTIAN WOODS LLP <br> 15 W. 26th Street, 7th Floor <br> New York, NY 10010 |

-2-

*Attorneys for Defendants Modway, Inc., Lexmod, Inc., and Menachem T. Greisman*

SO ORDERED this ___ day of October 2022:

_____
Hon. Freda L. Wolfson
United States District Judge

ME1 42608144v.1